# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Case Name: | **Amelina et al. v. Selene Finance LP et al.** | Case Number: | **21cv512-CAB-LL** |

Hon. Cathy Ann Bencivengo        Ct. Deputy Lori Hernandez        Rptr Tape: n/a

It is hereby **ORDERED** that Defendant's ex parte application to appear telephonically at the June 17, 2021 hearing [Doc. No. 17] is **GRANTED**. The dial-in number is (888) 398-2342, and the access code is 1749358. Plaintiffs are still required to appear at the hearing in person. It is **SO ORDERED**.

Date: June 11, 2021                                                                                                       Initials: AJM